# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| WILLIAM BERUBE, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | No. 1:13-cv-00299-GZS |
| ) | |
| WARDEN, DOWNEAST ) | |
| CORRECTIONAL FACILITY, ) | |
| ) | |
| Respondent. ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 11) filed April 23, 2014, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Petitioner's 28 U.S.C. § 2254 Motion (ECF No. 1) is **DISMISSED**. It is also **ORDERED** that no certificate of appealability shall be issued because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

    /s/ George Z. Singal
United States District Judge

Dated this 21st day of May, 2014.